

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE MATTER OF THE

CRIMINAL COMPLAINT

United States v. Patrick W. Carlineo, Jr.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

19-MJ-4052

## SEALING ORDER

IT IS HEREBY ORDERED that the Complaint and Affidavit are hereby sealed in the above case pending the above-named defendant's arrest.

Hon. Marian W. Payson
United States Magistrate Judge

Dated: April 4, 2019