# United States District Court
## For
## The Western District of New York

### Court Order

*[FILED stamp: UNITED STATES DISTRICT COURT, JUN 24 2019, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

Date: June 24, 2019

Defendant's Name: Patrick W. Carlineo, Jr.                 Docket Number: 6:19-04052M-001

Honorable Marian W. Payson, U.S. Magistrate Judge

---

THE COURT ORDERS:

☑ No Action *provided the defendant attends his evaluation on 6/25/19*

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_Marian W Payson_
Signature of Judicial Officer

_June 24, 2019_
Date

Title 18 United States Code, Section 3154(5), Bail Violations