# United States District Court
## For
## The Western District of New York

## Court Order

Date: July 19, 2019

Defendant's Name: Patrick W. Carlineo Jr.                    Docket Number: 6:19-M-04052

Honorable Marian W. Payson, U.S. Magistrate Judge

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☑ Other  The Court will address this at Mr. Carlineo's appearance next week.

_Marian W Payson_
Signature of Judicial Officer

_7/22/19_
Date

Title 18 United States Code, Section 3154(5), Bail Violations